# UNITED STATES DISTRICT COURT
для the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| GREGORY IVY | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 1, 2018 and continuing  in the county of  New Haven  in the
District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

See Affidavit of Anthony M. Crisera, attached hereto

☑ Continued on the attached sheet.

ANTHONY CRISERA
Digitally signed by ANTHONY CRISERA
Date: 2021.11.03 15:35:22 -04'00'

*Complainant's signature*

Anthony M. Crisera, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed by telephone (reliable means).

Date: 11/04/2021

*Judge's signature*

City and state:  New Haven, Connecticut          Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*